UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Worcester

| | |
|---|---|
| JAMES HAKKINEN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 4:05-CV-40094-FDS |
| ) | |
| NATIONAL RAILROAD ) | |
| PASSENGER CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## RULE 16.1 CERTIFICATION

      This is to certify that the Plaintiff, James Hakkinen, and his counsel, Thomas Joyce, Esq. and Michael J. McDevitt, Esq., have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. Jams Hakkinen and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and Plaintiff and Plaintiff's counsel feel that this case may benefit from mediation prior to jury trial.

Respectfully Submitted,

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR PLAINTIFF |
|---|---|
| /s/ Thomas J. Joyce | /s/ Michael J. McDevitt |
| Thomas J. Joyce, III, Esq. | Michael J. McDevitt, Esq. |
| HANNON & JOYCE | LAWSON & WEITZEN, LLP |
| Public Ledger Building | 88 Black Falcon Avenue, Suite 345 |
| 150 S. Independence Mall West | Boston, MA 02210 |
| Philadelphia, PA 19106 | Local Counsel for Plaintiff |

PLAINTIFF
/s/ James Hakkinen
Client
James Hakkinen


Dated:   December 7, 2005