UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 05-40094-FDS

| | |
|---|---|
| JAMES HAKKINEN<br>    Plaintiff | |
| vs. | **STIPULATION OF DISMISSAL** |
| NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br>    Defendant | |

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, hereby stipulate that all claims, including cross-claims and counterclaims, in this action, be dismissed with prejudice.

Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION
By its attorney,

_____
Paul J. Sahovey, Esq.
Assistant General Counsel
Transportation Building
Ten Park Plaza
Boston, MA 02116
BBO #437900

Plaintiff
JAMES HAKKINEN

By his attorney,

_____
Thomas J. Joyce, III, Esq.
Hannon & Joyce
Public Ledger Building
Suite 1000
150 South Independence Mall West
Philadelphia, Pennsylvania 19106